

EX. 3
1 of 8

EX. 3
2 of 8

EX. 3
3 of 8

EX. 3
4 of 8




EX. 3
5 of 8



EX. 3
6 of 8



EX. 3
7 of 8



EX. 3
8 of 8