

EX. 4
1 of 7







EX. 4
4 of 7



EX. 4
5 of 7



Tuff - Site - Note 2 - White

0  11540 52765  0

12:03

12:03

Note II
N7100

EX. 4
6 of 7



EX. 4